Case 3:26-cv-00557-SDD-EWD   ● Document 2   05/21/26   Page 1 of 1

