## Re: Notice of Administrative Leave

From: **Jordan Zachary** jzachary@bruslyla.com
To: **Tom Southon** tsouthon@bruslyla.com, **Scot Rhodes** srhodes@bruslyla.com, **Tom Acosta** TAcosta@bruslyla.com, **Jonathan Lefeaux** jlefeaux@bruslyla.com
Date: **Wed, Apr 16, 2025, 17:03**

Subject: Re: Notice of Administrative Leave

To: tsouthon@bruslyla.com

CC: srhodes@bruslyla.com, TAosta@bruslyla.com, jlefeaux@bruslyla.com

Dear Assistant Chief Southon,

I am writing to acknowledge receipt of the Notice of Administrative Leave issued to me on April 16, 2025.

At this time, I respectfully request a written explanation detailing the nature of the complaint that has led to this administrative action. I have not been advised of any specific allegation, and without such information, I cannot reasonably respond or cooperate with the investigation in a meaningful way.

Additionally, I must formally raise a grievance concerning the events that occurred immediately prior to the April 15, 2025 council meeting and which I believe are directly related to this action. As previously discussed, Chief Jonathan Lefeaux summoned me into his office to discuss the proposed hiring of Keegan Allen. During that conversation, I expressed that while I believed Mr. Allen was qualified, I did have morale concerns about an outside hire being given a rank and position—Lieutenant and Detective—that I have worked toward for years.

Shortly after that conversation, the Chief exited his office and entered the squad room

**EXHIBIT "5"**

shouting at multiple employees, including myself and Officer Jason Fontenot. He publicly referred to us as "liars" and accused Officer Fontenot of "stirring the pot" by discussing the proposed hiring. Witnesses to this incident include Officers Devin Byrd, Joshua Falcon, and Jason Fontenot. In response to the outburst, I stated—accurately and respectfully—that what had occurred was the definition of a hostile work environment. You personally acknowledged this by shaking your head and shrugging in agreement.

You later returned to the squad room and informed those of us present that Chief Lefeaux believed we were attending the council meeting to "raise hell," and stated that if anyone spoke at the meeting, they would be fired. I find this directive not only deeply concerning but also potentially retaliatory, as it seeks to suppress constitutionally protected speech in a public forum.

This administrative leave notice was issued within hours of my privately submitting a memorandum to a member of the Brusly Town Council outlining those very concerns. The timing raises significant concern as to whether this action is retaliatory in nature.

I intend to fully comply with the requirement to return department-issued equipment. However, I categorically deny any wrongdoing and reserve all rights under applicable law, including those provided by Louisiana's whistleblower statute (La. R.S. 23:967), First Amendment protections, and internal department policy.

I request that my grievance regarding these events be documented and formally addressed. Please confirm receipt of this message and advise me of the next steps in the process.

Respectfully,

Sgt. Jordan A.T. Zachary

Badge #B-4

Brusly Police Department

jzachary@bruslyla.com

(225) 749-2909


Would you like this also prepared as a signed PDF for recordkeeping or submission to the Town Attorney or Human Resources?



Get **Outlook for iOS**

---

**From:** Tom Southon <tsouthon@bruslyla.com>
**Sent:** Wednesday, April 16, 2025 4:28:16 PM
**To:** Jordan Zachary <jzachary@bruslyla.com>; Scot Rhodes <srhodes@bruslyla.com>; Tom Acosta <TAcosta@bruslyla.com>; Jonathan Lefeaux <jlefeaux@bruslyla.com>
**Subject:** Notice of Administrative Leave

Sgt. Jordan Zachary

Please see the attached notification of paid Administrative Leave.

---