# BRUSLY POLICE DEPARTMENT
# DISCIPLINARY ACTION REPORT

EMPLOYEE NAME __Jordan Zachary__    DATE OF NOTICE __4/5/2025__

SUPERVISOR NAME _Lt Keegan Allen, Capt. Tom Southon, Chief Jonathan Lefeaux_

**VIOLATION** _Substandard completion of job duties._ DATE OF INCIDENT

## DETAILS OF INCIDENT

On 5/16/2025 a concerned citizen submitted a picture of Sgt. Zachary on the scene of a call wearing large over the ear headphones. This is not an authorized piece of the uniform, and no such equipment has ever been authorized. The wearing of headphones while on a call for service is dangerous as it greatly reduces the officer's ability to hear and identify threats and can be seen as disrespectful by citizens as it was in this case. See picture 1

On 5/16/2025 I was contacted by Clearview AI via email stating that Sgt. Zachary was requesting that he be granted access to the department's facial recognition software. They further advised that Sgt Zachary requested that Detective Allen also be granted access. Neither this contact nor the requested access was authorized. See pictures 2 and 3.

On 5/17/2025 Sgt. Jordan Zachary arrived at work in blue jeans, tan boots and a uniform shirt. This is not an authorized uniform, and Sgt. Zachary has been supplied with the proper uniforms at the department's expense. Further, if this was an emergency change in uniform it was not made aware to any of his supervisors and therefore was not approved under any circumstances.

On 5/18/2025 Lt Keegan Allen sent a text in a police department group message directing officers to complete their outstanding reports detailing the outstanding incidents. At the time Sgt Zachary departed the police department for his days off there were still 6 outstanding reports as follows:

5/16/2025: Traffic incident with two summonses issued to juveniles.
5/17/2025: Pursuit, Medical at JW's gas station, Medical on Main St.
5/18/2025: Disturbance

File numbers were issued by Detective Allen on 5/21/2025 and assigned to Sgt Zachary for completion.

On 5/20/2025 it was brought to the department's attention that Sgt Zachary was made the lead administrator over the police department's report management system Eforce. This change was unauthorized and not previously discussed with administrators.

## CORRECTIVE ACTION TAKEN

SUSPENSION ___ WITH PAY ____ W/O PAY        START DATE:
                                            RETURN TO WORK:

**X   Formal Write Up            X    Termination effective immediately**
**TERMINATION SUBJECT TO RETROACTIVE COUNCIL VOTE.**



EXHIBIT 6

EXPECTED IMPROVEMENT (INCLUDE A CLEAR STATEMENT AS TO THE CONSEQUENCES OF FAILING TO IMPROVE)

The

EMPLOYEE STATEMENT

By signing this notice, I am acknowledging that I have been terminated from my employment at the Brusly Police Department.

Employee Signature _____     Date: _____

Supervisors Signature:_____     Date:_____

Supervisors Signature:_____     Date:_____

Supervisors Signature:_____     Date:_____