# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

Jordan Zachary

Plaintiff

v.

3:26-CV-00557

Civil Action No.

Jonathan Lefeaux and the Town of Brusly

Defendant

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,
Jordan Zachary, through his attorney of record Julie Quinn

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

1. Jordan Zachary - Plaintiff
2. Jonathan Lefeaux  - Defendant
3. Town of Brusly - Defendant

23Julie  Quinn, #219

Attorney Name and Bar Number

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.