**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JORDAN ZACHARY,  ,**<br>*Plaintiff* | **CIVIL ACTION NO.: 3:26-CV-00557** |
| **v.** | **JUDGE:  SHELLEY DICK** |
| **JONATHAN LEFEAUX,**<br>**Individually,**<br>**and the TOWN OF**<br>**BRUSLY,**<br>*Defendants* | **MAGISTRATE JUDGE: EWD** |

# EXHIBIT LIST TO COMPLAINT

1. 1/8/25 Group text message from Assistant Chief Southon to all Brusly law enforcement officers
2. 5/16/25 Text message between Sergeant Zachary and Chief Lefeaux
3. 4/16/25 Memorandum from Sergeant Zachary to Councilman Rusty Daigle
4. 4/16/25 Notice of Administrative Leave
5. 4/16/25 Email from Jordan Zachary to Assistant Chief Southon
6. 5/21/25 Disciplinary Action Report
7. 5/21/25 FOIA request and related May 21, 2025 response, *in globo*
8. 6/6/25 Email from Assistant Chief Southon to Chelsea Zachary