

**7:47 AM   Thu May 29**                                                    38%

Edit                  Messages

Search

Tom, Ray, JOHNSON, Danielle, Jason, Keegan, Jonathan, Brusly... >

**New name available from Tom**
Thomas Southon                                          Update    ✕

Wed, Jan 8 at 12:27 PM

Tom Southon

Ladies and gentleman it's a new year. I have been looking at the reports and numbers and we need to make a huge improvement in traffic enforcement. Remember that everyone is expected to make five safety stops a night and complete a citation or warning citation for records.

Thank you for all you do.

10-4

Tom Southon

Please keep in mind that raises will be performance based and this will include all aspects of your job (Patrol, traffic, calls, reports, investigations)

10-4

Wed, Jan 8 at 7:42 PM

Tom Southon
Law Enforcement Personnel 💙🥬💙🥬

★ ★ ★   Salad Station   ★ ★ ★

**FREE SALAD**
UP TO ONE POUND

For all Law Enforcement Personnel
★ ★ ★ TODAY ONLY, JANUARY 9TH ★ ★ ★

EXHIBIT
1

Text Message