38%

## Jonathan >

Welp, did you know the sheriffs office cut all of the deputies insurance?

That's why they've been so damn sour. That's a huge cut

I'm out with the 20

Yep, I had a talk with him. He had to do it to maintain his budget. They were spending more than they were taking in. That's what's going to happen if philip thinks he can hire three more people. The town was wanting us to pay for some of our insurance last year, but we talked them out of it. That's why we have to make sure we hit our $600,000 ticket budget.

He's just trying everything he can

iMessage

EXHIBIT
2