

# Town of Brusly
## POLICE DEPARTMENT

**Jonathan Lefeaux**
Chief of Police

4/16/2025

**Subject:** Notice of Administrative Leave

Sgt. Jordan Zachary,

This letter serves as official notice that, effective immediately, you are being placed on paid administrative leave pending the outcome of an investigation related to a complaint that has been received.

You are required to return your badge, unit, and all department-issued firearms to the Police Department without delay. These items must remain in the department's custody until the investigation is concluded and a determination has been made by the Chief of Police.

Please be advised that a fit-for-duty evaluation may be required prior to your return to active duty.

Sincerely,

Asst. Chief of Police                    Chief of Police

EXHIBIT

"4"

P.O. BOX 750 • 150 EAST ST. FRANCIS • BRUSLY, LOUISIANA 70719

Telephone: (225) 749-2980 • Fax:(225) 749-2366