Outlook



Forwarded message
From: **Tom Southon** <tsouthon@bruslyla.com>
Date: Wed, May 21, 2025 at 8:10 PM
Subject: Re: Public Records Request
To: Chelsea Zachary <chelseaszachary@gmail.com>, Blaine Rabalais <brabalais@bruslyla.com>, Brandi Davis <BDavis@bruslyla.com>, Council Members <councilmembers@bruslyla.com>, Jonathan Lefeaux <jlefeaux@bruslyla.com>, Keegan Allen <kallen@bruslyla.com>, Keegan.Allen <k.allen@bruslyla.com>, Patricia Gaudet <PGaudet@bruslyla.com>, Police Department <bruslypd@bruslyla.com>, Rusty Daigle <rdaigle@bruslyla.com>, Scot Rhodes <srhodes@bruslyla.com>, Shane Sarradet <SSarradet@bruslyla.com>, Tom Acosta <TAcosta@bruslyla.com>, Town Council Chambers <towncouncilchambers@bruslyla.com>, Town Hall Office Staff <TownHallStaff@bruslyla.com>, Danielle Mitchel <DMitchel@bruslyla.com>, Blake Tassin <BTassin@bruslyla.com>, Jamie Loupe <JLoupe@bruslyla.com>


Chelsea,

Your request has been forwarded to the Town Attorney Tom Acosta for legal review. It will take longer than three days business days to supply all the requested documentation once we receive guidance from the Town Attorney.

Thank you,

Get Outlook for iOS

**From:** Chelsea Zachary <chelseaszachary@gmail.com>
**Sent:** Wednesday, May 21, 2025 7:59:00 PM
**To:** Blaine Rabalais <brabalais@bruslyla.com>; Brandi Davis <BDavis@bruslyla.com>; Council Members <councilmembers@bruslyla.com>; Jonathan Lefeaux <jlefeaux@bruslyla.com>; Keegan Allen <kallen@bruslyla.com>; Keegan.Allen <k.allen@bruslyla.com>; Patricia Gaudet <PGaudet@bruslyla.com>; Police Department <bruslypd@bruslyla.com>; Rusty Daigle <rdaigle@bruslyla.com>; Scot Rhodes <srhodes@bruslyla.com>; Shane Sarradet <SSarradet@bruslyla.com>; Tom Acosta <TAcosta@bruslyla.com>; Tom Southon <tsouthon@bruslyla.com>; Town Council Chambers <towncouncilchambers@bruslyla.com>; Town Hall Office Staff <TownHallStaff@bruslyla.com>; Danielle Mitchel <DMitchel@bruslyla.com>; Blake Tassin <BTassin@bruslyla.com>; Jamie Loupe <JLoupe@bruslyla.com>

**Subject:** Fwd: Public Records Request


---------- Forwarded message ---------
From: **Chelsea Zachary** <chelseaszachary@gmail.com>
Date: Wed, May 21, 2025 at 6:49 PM
Subject: Public Records Request
To: tsouthon@bruslyla.com <tsouthon@bruslyla.com>


Good day Assistant Chief Southon,

Pursuant to the Louisiana Public Records Law, La. R.S. 44:1 et seq., I respectfully request access to and copies of public records relating to the termination of Jordan Zachary, a police officer formerly employed by the Brusly Police Department.

Please provide the following records:

A. Personnel and Disciplinary Records

1. The complete personnel file of the officer, including all performance evaluations, commendations, complaints, and disciplinary actions.

2. A copy of the official termination notice or letter.

3. All documentation and findings from any internal affairs, supervisory, or disciplinary investigations concerning the officer.

4. Any grievance, union, or civil service documents related to the termination.

5. The officer's employment contract, if applicable, and the current collective bargaining agreement.


B. Records Management System (RMS/CAD) Logs

6. System logs or metadata from the department's report management system showing when the officer submitted any reports tied to the allegations.

7. Audit logs or activity records identifying any edits, deletions, or accesses of those reports, including user IDs and timestamps.

8. Documentation of user access rights and permission changes during the relevant period.

9. Any internal IT or help desk reports related to missing or deleted records or data anomalies involving the officer's reports.


C. Internal Communications and Documentation

10. All communications (emails, memos, text messages) between supervisors, IT staff, records clerks, and internal affairs personnel discussing:

• The officer's report submissions

• Alleged missing reports

• Disciplinary actions or discussions about termination

11. Meeting notes, minutes, or internal memos from administrative or disciplinary hearings relating to the officer's conduct or termination.

D. Department Policies and Procedures

12. Current and applicable policies regarding:

• Report writing and submission deadlines

• Handling of incomplete or missing reports

• Access, alteration, and retention of digital police records

• Disciplinary procedures for failure to submit documentation

E. Supporting and Related Materials

13. Copies of the actual reports at issue in the termination, including any backups or archived versions.

Pursuant to La. R.S. 44:32, I request that an initial response be provided within five (5) business days of receipt of this request. If the records are not immediately available, please provide a written explanation of the reason for the delay and a reasonable estimated timeframe for production.

Additionally, I request that the records be made available to me no later than May 26, 2025, which is at least two weeks prior to the scheduled Brusly Town Council meeting on June 9, 2025. This advance access is necessary for adequate review and preparation.

Please provide the records in electronic format (PDF or otherwise) where possible, and contact me at chelseaszachary@gmail.com or 318-500-8808 with any questions or clarification.

Thank you for your timely attention to this matter.

Sincerely,

Chelsea Zachary

Bar roll #41463

Attorney for Jordan Zachary

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authori ed to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.