From: **Chelsea Zachary** <chelseaszachary@gmail.com>
Date: Fri, Jun 6, 2025 at 10:51 AM
Subject: Re: Public records reply
To: Tom Southon <tsouthon@bruslyla.com>

Good morning Tom,

I will be there by 11:30am to pick up the USB. Thank you!

On Fri, Jun 6, 2025 at 9:04 AM Tom Southon <tsouthon@bruslyla.com> wrote:

After numerous attempts to email the supporting documents, they are too large.  A USB with the following information will be available to pick up from the police department or I can send it via mail.

Please advise how you would like to proceed.

A. Personnel and Disciplinary Records
1. The complete personnel file of the officer, including all performance evaluations, commendations, complaints, and disciplinary actions.
    **Request to be made to Blaine Rabalais (Brusly Town Hall) for HR documentation.**
2. A copy of the official termination notice or letter.
    **A copy of this letter was given to Sgt Zachary which he refused to sign.  A copy of the letter is attached.**
3. All documentation and findings from any internal affairs, supervisory, or disciplinary investigations concerning the officer.
    **An email will be sent with that information as soon as it is ready and completed.**
4. Any grievance, union, or civil service documents related to the termination.
    **A copy of a citizen complaint will be attached.**
5. The officer's employment contract, if applicable, and the current collective bargaining agreement.
    **No such documentation.**

B. Records Management System (RMS/CAD) Logs
    **A request must be made to the Department of homeland security for CAD logs.**
6. System logs or metadata from the department's report management system showing when the officer submitted any reports tied to the allegations.
    **A copy of the RMS logs will be attached.**
7. Audit logs or activity records identifying any edits, deletions, or accesses of those reports, including user IDs and timestamps.
    **The above listed log shows this information.**
8. Documentation of user access rights and permission changes during the relevant period.

EXHIBIT
8
tabbies

**The report system does not have such a report to show this information, and we are not required to create a record that did not exist.**

9. Any internal IT or help desk reports related to missing or deleted records or data anomalies involving the officer's reports.

**We do not keep records of this information.  A request needs to be made to AME for this.**

C. Internal Communications and Documentation

10. All communications (emails, memos, text messages) between supervisors, IT staff, records clerks, and internal affairs personnel discussing:
• The officer's report submissions
• Alleged missing reports
• Disciplinary actions or discussions about termination

**These records are not complete and will take some time to compile.  They will be provided when done.  This will be done at cost to the requesting parties due to the significant time needed to gather this information.**

11. Meeting notes, minutes, or internal memos from administrative or disciplinary hearings relating to the officer's conduct or termination.

**A copy has been attached.**

D. Department Policies and Procedures

**A review of the policies shows that they were never adopted by the Brusly Town Council and therefore there are no currently standing policies and procedures.  A copy of the initial documents was given by hand on the date of termination.**

12. Current and applicable policies regarding:

**As above, a copy of a meeting agenda signed by Sgt. Zachary was provided on the date of termination.**

• Report writing and submission deadlines
• Handling of incomplete or missing reports
• Access, alteration, and retention of digital police records
• Disciplinary procedures for failure to submit documentation

E. Supporting and Related Materials

13. Copies of the actual reports at issue in the termination, including any backups or archived versions.

**Copies of the reports completed by Sgt Zachary from 1/1/25 – 5/21/25 are attached.**

Pursuant to La. R.S. 44:32, I request that an initial response be provided within three (3) business days of receipt of this request. If the records are not immediately available, please provide a written explanation of the reason for the delay and a reasonable estimated timeframe for production.

Additionally, I request that the records be made available to me no later than May 26, 2025, which is at least two weeks prior to the scheduled Brusly Town Council meeting on June 9, 2025. This advance access is necessary for adequate review and preparation.
Please provide the records in electronic format (PDF or otherwise) where possible, and contact me at chelseaszachary@gmail.com or 318-500-8808 with any questions or clarification.
Thank you for your timely attention to this matter.

Sincerely,


Thomas Southon
Asst. Chief of Police
Brusly Police Department
(225) 749-2980
tsouthon@bruslyla.com

"Give a man a mask and he will show his true face" — **Oscar Wilde**



**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.