# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

Jordan Zachary

Plaintiff

v.

Jonathan Lefeaux, individually, et al.

Defendant

3:26-cv-00557

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,

Jonathan Lefeaux, individually

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

Jonathan Lefeaux, defendant
Jill L. Craft, Attorney at Law, LLC, Jill L. Craft, W. Brett Conrad, Jr., defense counsel
Town of Brusly, defendant
Jordan Zachary, plaintiff
Julie Quinn, Quinn Law Firm, Sharon B. Kyle, Kyle Law Firm, plaintiff's counsel

W. Brett Conrad, Jr., 37639

Attorney Name and Bar Number

NOTE: To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.